1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFERY G. BAIREY, SB# 111271
2    E-mail: bairey@lbbslaw.com
   JOHN A. TOAL, SB# 194041
3    E-mail:  toal@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendants
   WESTERN STAR TRANSPORTATION, LLC
7  and ROBERT CHARLES BENNETT

8                       UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 DONNA CONNANT,                          ) CASE NO. 2:10-CV-02036-JAM-KLN
                                           )
12              Plaintiff,                 )
                                           ) **STIPULATION AND REQUEST FOR**
13        v.                               ) **DISMISSAL;  ORDER**
                                           )
14 WESTERN STAR TRANSPORTATION, LLC, )
   and ROBERT CHARLES BENNETT,             )
15                                         )
                Defendants.                )
16 _____)

17        IT IS HEREBY STIPULATED by and between Plaintiff DONNA CONNANT and

18 Defendants WESTERN STAR TRANSPORTATION, LLC and ROBERT CHARLES BENNETT,

19 by and through their respective attorneys of record, that Plaintiff' Complaint be dismissed in its

20 entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

21        Plaintiff and Defendants WESTERN STAR TRANSPORTATION, LLC and ROBERT

22 CHARLES BENNETT will each bear their own costs, expenses, and attorneys' fees.

23 IT IS SO STIPULATED:

24

25 DATED: August 18, 2011            EASON & TAMBORNINI

26

27                                   BY:_____/ s /_____
                                          Kyle K. Tambornini
28                                        Attorneys for Plaintiff DONNA CONNANT

4849-6052-8138.1                     -1-
STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER

| | |
|---|---|
| DATED: October 3, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By     / s /
     Jeffery G. Bairey
     John A. Toal
     Attorneys for Defendants
     WESTERN STAR TRANSPORTATION, LLC and
     ROBERT CHARLES BENNETT

**ORDER**

Based on the foregoing stipulation and for good cause appearing, it is hereby ordered that plaintiff's complaint be dismissed in its entirety.

DATED: October 4, 2011

     /s/ John A. Mendez
     UNITED STATES DISTRICT COURT JUDGE